AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Jack Jesse Griffith<br>A.K.A.<br>Juan Bibiano<br>DOB: XXXXXXXX<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00079<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 1/15/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1)-(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D),(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel J. Senters, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/15/2021__

Robin M. Meriweather
2021.01.15 19:11:38 -05'00'
*Judge's signature*

City and state: __Washington D.C.__    Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*