AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jack Jesse Griffith | ) | Case No. 1:21-mj-79 |
| A.K.A. | ) | |
| Juan Bibiano | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jack Jesse Griffith A.K.A. Juan Bibiano,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

Robin M. Meriweather
2021.01.15 19:12:51 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/15/21, and the person was arrested on *(date)* 1/16/21
at *(city and state)*

Date: 1/16/21

*Arresting officer's signature*

Chris Potts, FBI SA
*Printed name and title*