## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-CR-204 BAH** |
| **v.** | : | |
| | : | |
| **MATTHEW BLEDSOE, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## <u>NOTICE OF APPEARANCE</u>

The United States of America, by and through its undersigned counsel, the Acting United

States Attorney for the District of Columbia, herby informs the Court that Assistant United

States Attorney Mitra Jafary-Hariri is entering her appearance in this matter on behalf of the

United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

By: /s/ Mitra Jafary-Hariri
MITRA JAFARY-HARIRI
MI Bar No. P74460
Assistant United States Attorney
District of Columbia Detailee
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: (313) 226-9632
rmitra.jafary-hariri@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 6th day of May 2021, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

>  _/s/ Mitra Jafary-Hariri_
> Mitra Jafary-Hariri
> Assistant United States Attorney