UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 21-204-01 (BAH) |
| v. | )( | Chief Judge Howell |
| | )( | |
| MATTHEW BLEDSOE | )( | |

MOTION TO ADOPT AND JOIN
RECENT FILINGS SUBMITTED BY CODEFENDANT TORRENS
AND THE UNITED STATES

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully moves this Honorable Court to permit him to adopt and join certain filings recently submitted by his codefendant, Eric Chase Torrens, and to adopt and join portions of certain filings submitted by the United States, all such filings pertaining to the public dissemination of videos that have been submitted to the Court in support of Mr. Torrens' upcoming plea. Specifically, Mr. Bledsoe would seek to adopt and join the following filings by Mr. Torrens:

a. Defendant's Position on Public Dissemination of Video Discovery Material (ECF #68).

b. Supplement to Defendant's Objection to Public Dissemination of Video Discovery Material (ECF #69).

Additionally, to the extent the following filings by the government pertain to the public dissemination of video exhibits 4, 6, 7, 8, and 9, Mr. Bledsoe would also seek to adopt and join them:

c. United States Report and Position Regarding Public Release of Video Evidence Re: Eric Chase Torrens Plea (ECF #67).

1

    d.  United States Explanation of its Position as to Release of Video Evidence Re: Eric Chase Torrens Plea (ECF #70).

In support of this motion to adopt and join, Mr. Bledsoe would show:

1. All of the videos at issue in the above-referenced filings appear to be relevant to Mr. Bledsoes' case.

2. The government alleges that Mr. Bledsoe is captured on at least some of the videos at issue in the above-referenced filings.

3. Mr. Bledsoe's case is still pending trial.

4. Permitting Mr. Bledsoe to adopt and join codefendant Torrens' filings and portions of the United States' filings will serve to limit the consideration of largely duplicative filings and will thereby conserve judicial and governmental resources.

## CONCLUSION

WHEREFORE, the defendant, Matthew Bledsoe, moves this Honorable Court to permit him to adopt and join certain filings recently submitted by his codefendant, Eric Chase Torrens, and to adopt and join portions of certain filings submitted by the United States, all such filings pertaining to the public dissemination of videos that have been submitted to the Court in support of Mr. Torrens' upcoming plea.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar # 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
Phone: (202) 347-6101