UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-204 |
| | : | |
| MATTHEW BLEDSOE, | : | Honorable Chief Judge Beryl A. Howell |
| ERIC CHASE TORRENS, | : | |
| BLAKE AUSTIN REED, and | : | |
| JACK JESSE GRIFFITH, | : | |
| also known as "Juan Bibiano," | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE OF FILING OF ITEMS
INCOMPATIBLE WITH CM/ECF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are five digital videos that are exhibits 10, 11, 12, 13, and 14 to the Government's Sentencing Memorandum as to Defendant Jack Jesse Griffith (ECF No. 92). The Government has no objection to the public release of these exhibits due to the fact that they are already publicly available. The United States will make the following video evidence available to the Court and counsel for defendants electronically:

| Number | File Name | Source |
|---|---|---|
| 10 | Exhibit 10 – Tiktok7-4.mp4 | @thelibertydragon TikTok Account |
| 11 | Exhibit 11 – Tiktok7-7.mp4 | @thelibertydragon TikTok Account |
| 12 | Exhibit 12 – Tiktok7-11.mp4 | @thelibertydragon TikTok Account |

| 13 | Exhibit 13 – Tiktok7-13.mp4 | @thelibertydragon TikTok Account |
| 14 | Exhibit 11 – Tiktok8-5.mp4 | @thelibertydragon TikTok Account |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney
Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov
(313) 226-9632

/s/ *Jamie Carter*
Jamie Carter
Assistant United States Attorney
D.C. Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov
(202) 252-6741