Chief Judge Beryl Howell
U.S. District Court for the
District of Columbia

Your Honor,

As someone who has always been an upstanding citizen in my community, it hurts to know that my actions on January 6, 2021 have contributed to such a painful and demoralizing day for the members of Congress, the Capitol Police and the citizens of D.C. and our country.  I feel the deepest of sorrows knowing that I participated in an event that led to destruction in the Capitol Building and the death and serious injury of several people.  I would  never in a hundred million years have gone to D.C.  if I had any idea of the harm that would come to our democratic government and the physical harm to police and to citizens that happened --in my name.

I did not go to Washington with the intention of causing trouble or with any thought of unlawfully entering the Capitol. I got swept up in the excitement.  My perspective of what was happening at the time--as I stood on the steps outside the Capitol doors—was that I was participating in a peaceful protest.


After I watched what felt like hundreds of people walking in and other people walking out,  I was wildly excited and I entered the building.  I remained in the area I had entered for about ten minutes.  People were interacting with the Capitol Police. When an officer told me where to go in order to exit the building, I

understood he meant it was time to for me to go, and I left. I spoke amicably with the officers.

After leaving the Capitol grounds I headed back to my Air BnB. I had not witnessed any serious violence or injuries or any destruction. I had seen some individuals arguing with law enforcement and I heard lots of yelling and chanting. Had I known about the personal injuries, the deaths, the destruction—I would never have posted my pictures on line. I would never—not now and not then—have wanted to be associated with the violence and the vandalism.

In the last several months I have lost so much. I lost most of my friends. I lost my job. I lost my personal bank account. I was shut off all of my social media. As someone who is a performance artist and makes a living from fans and supporters, this has really hurt. I am currently banned from virtually every social media forum. My name is like "Voldemort." I have been labeled a domestic terrorist and I am unable to publicly respond or to dispute the allegations.

I understand the social and economic consequences of my actions in January are nothing in comparison to those individuals and officers who suffered trauma, personal injuries and loss of life. They are the result of my own actions. I have learned a lot about my personal responsibility and how I must make more thoughtful decisions. While I have suffered consequences for my actions in January, honestly, I am glad to have suffered consequences. They have helped me to grow into a more mature and thoughtful human being. They have served as a truly humbling learning experience. I understand what actions are reprehensible

and unacceptable if I wish to be an upstanding citizen in my world. I am so sorry for all the people who were injured.  How does one apologize to our country? I don't know.  I wish that I had never gone to Washington on   January, 6th, 2021.

My parents educated me to love my country and to respect the rule of law.  I don't know what I was thinking on January 6th.  It felt like a giant party.  It was a terrible mistake.  I got to travel around the word as I grew up as I was a military brat.  I have an abiding love for my country.  I know that the freedoms I have here, do not exist everywhere in the world.  I don't know what else to say.

Yours truly,

Jack Jesse Griffith

Juan Bibiano