UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                       21-cr-204 (04) BAH

JACK JESSE GRIFFITH

RESPONSE TO ORDER RE: VIDEO RELEASES

Defendant Griffith does not object to the release of Videos pursuant to the existing Order of the Court.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. #273276
Appointed by the Court for Jack Griffith
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com