UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                         21-cr-204 (04) (BAH)

JACK JESSE GRIFFITH

MOTION TO ADOPT ANALYSIS AND ARGUMENTS AND EXHIBITS OF
CO DEFENDANT TORRENS IN DOCUMENT 104

Jack Jesse Griffith, through counsel, moves to Adopt the Legal Analysis and Arguments of Co-defendant Eric Torrens 21-Cr-204 (2) in his Response to Sentencing Memorandum Doc. [99] as well as the Exhibits in support thereof.

Respectfully submitted,

_____/s/_____
H. Heather Shaner #273276
Appointed by the Court Jack Griffith
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com