UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                        21-CR-204. BAH

JACK JESSE GRIFFITH

MOTION TO ADOPT CO DEFENDANT TORRENS' RESPONSE
TO GOVERNMENT SUPPLEMENBT [109]
ARGUMENTS AND ANALYSIS THEREIN

      Defendant Griffith, through counsel, moves to adopt the Arguments and Analysis in Doc 110, filed by counsel for co-defendant Torrens in Response to Government's  Supplement. Doc. 109.  Counsel further urges the Court to disregard the Late Filed Supplement as Untimely and filed without Consent of the Court or Counsel.

                        Respectfully submitted,

                        _____/s_____
                        H. Heather Shaner, Esq. #273276
                        Appointed by the Court for Jack Griffith
                        1702 S St. N.W.
                        Washington, D.C. 20009
                        Tel. 202 265 8210
                        hhsesq@aol.com