# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK JESSE GRIFFITH,<br><br>            Defendant. | Criminal No. 21-cr-204 (BAH) |

## ORDER

Upon consideration of Defendant's Consent Motion for Travel Expenses Pursuant to 18 U.S.C. § 4285 and finding good cause shown, it is this 26th day of October 2021, hereby

**ORDERED** that pursuant to 18 U.S.C. § 4285, for the Sentencing Proceeding scheduled for October 28, 2021 at 11:00 AM, the United States Marshals Service shall arrange for the defendant's noncustodial travel from his home in Nashville, Tennessee to Court and from the Court to return to Nashville, Tennessee after the conclusion of the proceedings and shall provide appropriate reimbursement for hotel expenses.

**SO ORDERED.**

 

                                                  BERYL A. HOWELL
                                                  Chief Judge
                                                  United States District Court