UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     Cr. 21-cr-204 (BAH)

JACK JESSE GRIFFITH

MOTION TO ADOPT CO DEFT. TORRENS [125] SUPPLEMENTAL RESPONSE TO GOVERNMENT [117]

The defendant moves the Court to permit him to adopt co defendant Torrens Supplemental Response [125] to Government's Sentencing Memorandum [117] and the arguments and analysis therein.

**WHEREFORE** Mr. Griffith moves the Court to Grant this Motion to Adopt.

Respectfully submitted,

_____/s/_____
H. Heather Shaner DC Bar 273276
Appointed by the Court for Jack Griffith
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com