UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                    Cr. 21-cr-204 (BAH)

JACK JESSE GRIFFITH

LET THIS BE FILED

**WHEREAS** this article on behavioral addiction was presented in Court during Sentence it is now being entered on the Docket as a Sentencing Document.

                                            Respectfully submitted,

                                            _____/s/_____
                                            H. Heather Shaner DC Bar 273276
                                            Appointed by the Court for Jack Griffith
                                            1702 S Street N.W.
                                            Washington, D.C. 20009
                                            Tel. 202  265 8210
                                            hhsesq@aol.com